[No. 53767-9-I.   Division One.   July 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JAMES FROST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01034-7, Catherine D. Shaffer, J., entered February 2, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Agid, JJ.

[No. 53769-5-I.   Division One.   July 5, 2005.]

THE STATE OF WASHINGTON, *Respondent* v. DALE ALEXANDER LEVY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07356-0, Robert H. Alsdorf, J., entered August 11, 2003 and February 2, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53797-1-I.   Division One.   July 5, 2005.]

COPIERS NORTHWEST, INC., *Appellant*, v. D. ALAN GOLD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-23424-2, Suzanne M. Barnett, J., entered February 3, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Agid and Ellington, JJ.

[No. 53891-8-I.   Division One.   July 5, 2005.]

STANLEY NELSON III ET AL., *Plaintiffs*, v. SHOREWOOD HILLS HOMEOWNERS ASSOCIATION, *Defendant*.

SHOREWOOD HILLS HOMEOWNERS ASSOCIATION, *Appellant*, v. THE CITY OF SHORELINE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-12515-8, Mary Yu, J., entered November 17, 2003 and February 6, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Agid, J.